THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John E. Wilson,
 Jr., Appellant.
 
 
 

Appeal From Darlington County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-071
 Submitted February 2, 2009  Filed
February 10, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw; for Respondent.
 
 
 

PER CURIAM:  John
 E. Wilson, Jr. appeals his convictions for armed robbery and possession of a
 weapon during the commission of a violent crime, and consecutive sentences of
 thirty and five years' imprisonment, respectively.  Wilson's counsel argues the
 State's closing argument denied Wilson the right to a fair trial.  Wilson
 asserts the trial court erred in admitting the photo line-up into evidence,
 failing to evaluate Wilson to determine if he was competent to stand trial, and
 failing to ask Wilson if he needed counsel to be appointed before selecting a
 jury.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.
SHORT,
THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.